Monique Olivier *(admitted pro hac vice)*
Cassidy A. Clark *(admitted pro hac vice)*
**OLIVIER & SCHREIBER PC**
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980
Facsimile: (415) 658-7758
monique@os-legal.com
cassidy@os-legal.com

Nathan C. Zipperian (SBN 020083)
**MILLER SHAH LLP**
2103 N. Commerce Parkway
Ft. Lauderdale, FL 33326
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
nczipperian@millershah.com

*Attorneys for Plaintiff Susan McCartan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Arizona Board of Regents, <br><br> Defendant. | Case No. 2:23-cv-02574-ROS <br><br> **STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiff Susan McCartan and Defendant Arizona Board of Regents hereby stipulate and jointly move the Court for an order modifying the Scheduling Order in relation to the disclosure of experts. The Scheduling Order (Doc. 29, Paragraph E) provides that both sides shall make their disclosure of the identities of all persons who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705, including all disclosures required by FRCP 26(a)(2)(B) if the witness is either (1) retained or specifically employed to provide expert testimony in the case, or (2) is an agent or employee of the party offering the testimony whose duties regularly involve giving expert testimony no later than December 2, 2024. The deadline for disclosure of rebuttal experts is January 17, 2025. Doc. 33. The deadline for the completion of discovery is March 28, 2025. Doc. 29, ¶¶ F, G.

The parties mutually request that the deadline for the disclosure of expert witnesses be extended to January 31, 2025, and the corresponding deadline to disclose rebuttal experts be extended to March 18, 2025. The requested modification would not change any other deadlines.

There is good cause to extend the expert disclosure deadlines. The parties have been working cooperatively to produce the documents and data relevant to this matter and are continuing to meet and confer about the scope of such productions. The parties also have agreed to prioritize written discovery and depositions in order to obtain the information necessary for any retained experts to complete the disclosures required by Rule 26, including expert reports. The parties anticipate that the bulk of written discovery and depositions will be completed in January, which will permit their respective experts to complete their expert reports by January 31 and any rebuttal reports by March 18, while also allowing the parties to complete discovery by the current deadline of March 28.

This requested modification of the Scheduling Order would not change any other deadlines or prejudice either side. A proposed Order accompanies this motion.

| | | |
|---|---|---|
| 1 | Dated:  December 2, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | MILLER SHAH LLP<br>OLIVIER & SCHREIBER PC |
| 4 | | |
| 5 | | */s/ Cassidy Clark*<br>Cassidy Clark (*admitted pro hac vice*) |
| 6 | | 475 14th Street, Suite 250<br>Oakland, CA 94612 |
| 7 | | Telephone: (415) 484-0980<br>Facsimile: (415) 658-7758 |
| 8 | | cassidy@os-legal.com |
| 9 | | *Attorneys for Plaintiff* |

ARIZONA ATTORNEY GENERAL'S OFFICE

*/s/ Michael K. Goodwin*
Michael K. Goodwin, Bar No. 014446
N. Todd McKay, Bar No. 017369
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Michael.Goodwin@azag.gov
Todd.McKay@azag.gov

*Attorneys for Defendant Arizona Board of Regents*

I hereby certify that, this 2nd day of December, 2024, I electronically transmitted this document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

> Kristin K. Mayes
> Attorney General
> N. Todd McKay
> Michael K. Goodwin
> Assistant Attorney General
> 2005 N. Central Avenue
> Phoenix, AZ 85004-1592
> Michael.Goodwin@azag.gov
> Todd.McKay@azag.gov
> *Attorneys for Defendant Arizona Board of Regents*
>
> Chris Pastore
> Associate General Counsel
> THE UNIVERSITY OF ARIZONA
> Administration Building, Room 103
> 1401 E. University Blvd.
> Tucson, AZ 85721
> email@arizona.edu
> *Attorneys for Defendant*
>
> Monique Olivier (*admitted pro hac vice*)
> Cassidy Clark (*admitted pro hac vice*)
> Olivier & Schreiber PC
> 475 14th St., Ste. 250
> Oakland, CA 94612
> monique@os-legal.com
> *Attorneys for Plaintiff*
>
> Nathan Curtis Zipperian
> Miller Shah LLP
> 2103 N. Commerce Parkway
> Ft. Lauderdale, FL 33326
> nczipperian@millershah.com
> *Attorney for Plaintiff*
>
> */s/ Cassidy Clark*