# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>University of Arizona, et al.,<br><br>　　　　Defendants. | No. CV-23-02574-PHX-ROS<br><br>**ORDER** |

Before the Court is the Parties' Stipulation and Joint Motion to Modify the Scheduling Order (Doc. 35). Good cause appearing,

**IT IS ORDERED t**he Stipulation is **GRANTED**. Plaintiff and Defendant shall make their disclosure of the identities of all persons who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705, including all disclosures required by FRCP 26(a)(2)(B) if the witness is either (1) retained or specifically employed to provide expert testimony in the case, or (2) is an agent or employee of the party offering the testimony whose duties regularly involve giving expert testimony, no later than **January 31, 2025**, and shall disclose rebuttal experts no later than **March 18, 2025**.

…

…

…

…

**IT FURTHER ORDERED** all other dates in the Rule 16 Scheduling Order (Doc. 29) are unchanged.

Dated this 3rd day of December, 2024.

                                          Honorable Roslyn O. Silver
                                          Senior United States District Judge