Nathan C. Zipperian, Bar No. 020083
**MILLER SHAH LLP**
2103 N. Commerce Parkway
Ft. Lauderdale, FL 33326
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
nczipperian@millershah.com

Monique Olivier *(pro hac vice)*
Cassidy A. Clark *(pro hac vice)*
**OLIVIER & SCHREIBER PC**
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980
Facsimile: (415) 658-7758
monique@os-legal.com
cassidy@os-legal.com
*Attorneys for Plaintiff Susan McCartan*

Michael K. Goodwin, Bar No. 014446
N. Todd McKay, Bar No. 017369
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
Telephone:  (602) 542-7653
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov
Todd.McKay@azag.gov
*Attorneys for Defendant Arizona Board of Regents*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Arizona Board of Regents,<br><br>　　　　　　　Defendant. | Case No: CV-23-02574-PHX-ROS<br><br>**FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |

1  Plaintiff Susan McCartan and Defendant Arizona Board of Regents submit this
2  joint report on the status of the case.
3  Discovery: The parties have exchanged initial disclosures under Rule 26(a)(1). Plaintiff served written discovery requests (interrogatories, requests for production, and requests for admission) on Defendant, and Defendant responded. Defendant served written discovery requests (interrogatories and requests for production) on Plaintiff, and Plaintiff responded. The parties continue to meet and confer regarding Defendant's and Plaintiff's responses. The parties are additionally engaged in expert discovery, with initial expert reports expected by the end of January. Further, the parties are currently conferring about deposition scheduling, including the date for and scope of the Rule 30(b)(6) deposition noticed by Plaintiff, and anticipate that deposition discovery will occur in February.

Settlement: No offers have been made. The parties are aware of alternative dispute resolution procedures but believe that additional discovery should occur before settlement discussions can begin in earnest.

RESPECTFULLY SUBMITTED this 24th day of January, 2025.

| Olivier & Schreiber PC | Arizona Attorney General's Office |
|---|---|
| /s/ Cassidy A Clark (with permission) | /s/ Michael K. Goodwin |
| Cassidy A Clark | N. Todd McKay |
| Monique Olivier | Michael K. Goodwin |
| Attorneys for Plaintiff | Assistant Attorney General |
|  | Attorneys for Defendant Arizona Board of Regents |

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 24th day of January, 2025, and service on:

Cassidy A Clark
Monique Olivier
Olivier & Schreiber PC
475 14th St., Ste. 250
Oakland, CA 94612
cassidy@os-legal.com
monique@os-legal.com
Attorneys for Plaintiff

Nathan Curtis Zipperian
Miller Shah LLP
2103 N. Commerce Parkway
Ft Lauderdale, FL 33326
nczipperian@millershah.com
Attorney for Plaintiff


/s/  Michelle Cruz

3