Nathan C. Zipperian (SBN 020083)
**MILLER SHAH LLP**
2103 N. Commerce Parkway
Ft. Lauderdale, FL 33326
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
nczipperian@millershah.com

Monique Olivier *(admitted pro hac vice)*
Cassidy A. Clark *(admitted pro hac vice)*
Christian Schreiber *(admitted pro hac vice)*
**OLIVIER & SCHREIBER PC**
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980
Facsimile: (415) 658-7758
monique@os-legal.com
cassidy@os-legal.com
christian@os-legal.com

Rachel M. Bien *(admitted pro hac vice)*
**OLIVIER & SCHREIBER PC**
595 E. Colorado Blvd., Suite 418
Pasadena, CA 91101
Telephone: (415) 484-0980
Facsimile: (415) 658-7758
rachel@os-legal.com

*Attorneys for Plaintiff Susan McCartan*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Board of Regents,<br><br>Defendant. | Case No. 2:23-cv-02574-ROS<br><br>**STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Plaintiff Susan McCartan and Defendant Arizona Board of Regents hereby stipulate and jointly move the Court for an order modifying the Scheduling Order by extending discovery to June 27, 2025, and adjusting related pretrial deadlines.

The parties mutually request that the deadlines be extended as follows:

1. That all discovery, including answers to interrogatories, production of documents, depositions and requests to admit shall be completed by June 27, 2025;
2. That both sides shall finally supplement all discovery, including material changes in expert witness opinions and material disclosures, pursuant to FRCP 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before June 27, 2025;
3. That the parties disclose rebuttal experts by April 11, 2025; and
4. That dispositive motions shall be filed by July 25, 2025.

There is good cause to extend the discovery deadlines by 90 days. The parties have conducted substantial discovery, including some expert discovery. Despite diligence, the parties have encountered some complications scheduling depositions. In addition to the issues relating to the Rule 30(b)(6) deposition, of which the Court is aware (see Doc. 45, 47), key individuals have not been available for depositions due to medical, professional, and other reasons. The parties have continued to consult on dates for these depositions and shall identify dates for these witnesses' depositions by no later than March 11, 2025 so that they can be noticed. The Rule 30(b)(6) deposition will be scheduled no later than March 21, 2025.

Additional time is also warranted to enable Plaintiff to undertake follow up discovery and/or supplement her expert reports based on information that she learns in the Rule 30(b)(6) deposition. The deadline to file dispositive motions is justifiably extended by 90 days based on the additional time to complete discovery.

1   A modification of the Scheduling Order is also needed because Defendant is substituting counsel. Defendant's current counsel will be retiring this spring. New counsel is set to begin on April 14 and will need some time to become familiar with the case.

The parties' request to modify the Scheduling Order would not change any other deadlines or prejudice either side. A proposed Order accompanies this motion.

Dated: March 7, 2025          Respectfully submitted,

MILLER SHAH LLP
OLIVIER & SCHREIBER PC

/s/ Cassidy Clark
Cassidy Clark (*admitted pro hac vice*)
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980
Facsimile: (415) 658-7758
cassidy@os-legal.com

*Attorneys for Plaintiff*


ARIZONA ATTORNEY GENERAL'S OFFICE

/s/ Michael K. Goodwin
Michael K. Goodwin, Bar No. 014446
N. Todd McKay, Bar No. 017369
Assistant Attorney General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Michael.Goodwin@azag.gov
Todd.McKay@azag.gov

*Attorneys for Defendant Arizona Board of Regents*

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically transmitted the following document(s):

- STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER

to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael K. Goodwin, Bar No. 014446
N. Todd McKay, Bar No. 017369
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7674
Telephone: (602) 542-7653
Facsimile: (602) 542-7644
Michael.Goodwin@azag.gov
Todd.McKay@azag.gov

*Attorneys for Defendant Arizona Board of Regents*

to the following counsel of record via electronic mail (by the parties' agreement):

Chris Pastore
Associate General Counsel
THE UNIVERSITY OF ARIZONA
Administration Building, Room 103
1401 E. University Blvd.
Tucson, AZ 85721
pastore@arizona.edu

*Attorneys for Defendant Arizona Board of Regents*

/s/ Cassidy Clark
Cassidy Clark