IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Board of Regents,<br><br>Defendant. | Case No. 2:23-cv-02574-ROS<br><br>**ORDER** |

Before the Court is the Parties' Stipulation and Joint Motion to Modify the Scheduling Order. Good cause appearing,

**IT IS ORDERED t**he Stipulation is **GRANTED**. Plaintiff and Defendant shall adhere to the following deadlines:

1. That all discovery, including answers to interrogatories, production of documents, depositions and requests to admit shall be completed by June 27, 2025;
2. That both sides shall finally supplement all discovery, including material changes in expert witness opinions and material disclosures, pursuant to FRCP 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before June 27, 2025;
3. That the parties disclose rebuttal experts by April 11, 2025; and

1     4.   That dispositive motions shall be filed by July 25, 2025.

2     All other dates in the Scheduling Order (Doc. 29) are affirmed.