# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>University of Arizona, et al.,<br><br>　　　　　Defendants. | No. CV-23-02574-PHX-ROS<br><br>**ORDER** |

　　　The Parties have filed a Stipulation and Joint Motion to Modify Scheduling Order (Doc. 48). Good cause appearing,

　　　**IT IS ORDERED** the Stipulation and Joint Motion (Doc. 48) is **GRANTED**.

　　　**IT IS FURTHER ORDERED** all discovery and supplementation of discovery shall be completed by **June 27, 2025**.

　　　**IT IS FURTHER ORDERED** Parties shall disclose rebuttal experts by **April 11, 2025**.

　　　**IT IS FURTHER ORDERED** the dispositive motion deadline is now **July 25, 2025**.

　　　**IT IS FURTHER ORDERED** the Interim Status Conference currently set for April 2, 2025, at 11:00 a.m., is **VACATED AND RESET** for July 8, 2025, at 10:00 a.m.

…

…

…

**IT IS FURTHER ORDERED** for any additional changes to the deadlines, the Parties will be required to file an Amended Scheduling Order.

Dated this 10th day of March, 2025.

_____
Honorable Roslyn O. Silver
Senior United States District Judge