# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan McCartan,<br><br>  Plaintiff,<br><br>v.<br><br>University of Arizona, et al.,<br><br>  Defendants. | No. CV-23-02574-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 65),

**IT IS ORDERED** the Stipulation (Doc. 65) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 12th day of September, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge